**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| JACQUELINE BABBITT, | ) |
| Plaintiff, | ) |
| | ) CAUSE NO. 3:07-CV-253 PS |
| v. | ) |
| | ) |
| INDIANA STATE POLICE DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

Jacqueline Babbitt, a *pro se* plaintiff, submitted a petition for leave to proceed *in forma pauperis*. The petition declares that Ms. Babbitt is unemployed and has no significant assets. It appearing that she is unable to pay the filing fee, the court: (1) **GRANTS** the *in forma pauperis* petition (docket # 2); (2) **DEFERS** the filing fee; (3) **ORDERS** the Plaintiff to pay the $350.00 filing fee from the proceeds of any recovery that she receives in this case; and (4) **DIRECTS**, pursuant to 28 U.S.C. § 1915(d), the U.S. Marshal Service to effect service of process on the Defendant.

**SO ORDERED**.

ENTERED: June 4, 2007

> s/ Philip P. Simon
> PHILIP P. SIMON, JUDGE
> UNITED STATES DISTRICT COURT